FILED
DEC 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT CARLOW; and<br>LONNIE ST.JEAN,<br>PlaintiffS<br><br>v.<br><br>STANLEY J. MRUK Individually and in his official capacity as Chief of the Anthony Fire District; and, THE ANTHONY FIRE DISTRICT,<br>Defendants | C.A. No. 02-538ML |

**DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO ADJUDGE STANLEY J. MRUK IN CONTEMPT**

Granted. Mary M. Lisi USDJ 12/30/05

Defendants Stanley J. Mruk ("Individually and in his official capacity as Chief of the Anthony Fire District and the Anthony Fire District[1],hereby move this Court for a short extension of the deadline to respond to Plaintiffs' Motion to Adjudge Stanley J. Mruk in Contempt, (the "Contempt Motion") and allow Defendants to respond on or before January 11, 2005.[2] The undersigned has spoken with Counsel for the Plaintiffs, and the latter will not object to the Defendants' request for additional time.

[1] The correct name of the Defendant is the Anthony Fire *Department* which is located in the *Coventry* Fire District.

[2] This would result in an extension of either 7 or 2 calendar days, depending upon which version of the Local Rules applies.

## ARGUMENT

As grounds for this motion, Defendants state that the Contempt Motion was served on December 21, 2005. It will be difficult to respond to the Motion in the time allotted because of the intervening Christmas and New Year Holidays, along with attorney's vacations taken to coincide with those holidays.

Moreover, Defendants are uncertain as to the impact of the Local Rules which are due to take effect on January 1, 2006, before the deadline for their response. That is, without an extension, Defendants' response is due either on January 4th, (under the Local Rules in effect until the end of this calendar year) or on January 9th, (under the Local Rules due to take effect on January 1, 2006).

According to the Local Rules in effect before through December 31, 2005, the Defendants have 14 *calendar* days to respond to the Contempt Motion, (11 days plus 3 days for mailing), making the response due on January 4, 2006.[3] Under the rules taking effect on January 1, 2006, Defendants have 10 *business* days to respond, plus an additional 3 days for service by mail, making the deadline Monday, January 9TH.[4]

---

[3] See, Fed. R. Civ. P. Rule 6(e) and Local Rules of the United States Court for the District of Rhode Island, as published in <u>Rhode Island Court Rules Annotated</u>, 2005 ed., Matthew Bender & Company, Inc., at page 1239, n. 2, ("All responses to non-dispositive motions shall be filed within (11) days from the date the motion was filed.")

[4] See, Fed. R. Civ. P. Rule 6(e) (3 additional days after service by mail) and 6(a), "intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation…"). See also, LR Cv 7(b), which requires a party to file an opposition "not later than ten (10) days after service of the motion."

## CONCLUSION

For these reasons, Defendants request that this Court grant them until January 11, 2006 to respond to the Contempt Motion.

Defendants,
By their attorney,

Michael W. Carroll # 4802
72 Pine Street
Providence, RI 02903
Ph: 401 454-4900
Fax: 401 454-4902

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this the 29th day of December, 2005 a true and accurate copy of the within Motion was sent via facsimile and first class mail to:

John W. Dineen, Esq.
American Civil Liberties Union
R.I. Affiliate
One Providence Washington Plaza
Providence, RI 02903