AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

V.

CASE NUMBER: CA 02-538ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | John Dineen | Michael Carroll |
| * TRIAL DATE(S) 3/1/06 | COURT REPORTER Karen Zinni | COURTROOM DEPUTY John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Robert G Carlow |
| 1 | | 3/1/06 | | ✓ | Anthony Constitution & Bylaws |
| 2 | | " | | ✓ | Memorandum of Agreement |
| | A | " | ✓ | | Notice dated 9.25.03 |
| | B | " | ✓ | | Meeting minutes 3.9.03 |
| | C | " | ✓ | | Transcript - Arbitration proceedings |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

* Evidentiary Hearing on Pl's Motion to Adjudge in Contempt